See also, supra. A. E. Woodruff, for appellant. Woolsey A. Shepard, for respondent.

PER CURIAM. The order should be modified by denying the motion to strike out that portion of the complaint which is comprised in the fourth paragraph thereof; and, as so modified, affirmed, without costs to either party.

———

WORDEN, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by George J. Worden against the Star Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with costs on the ground that the plaintiff did not offer any satisfactory excuse for the delay of five years in prosecution of his action.

———

WRIGHT, Respondent, v. KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Dennis L. Wright against the Knights·of the Maccabees of the World.

PER CURIAM. Judgment affirmed, with costs. See, also, 119 App. Div. 914, 104 N. Y. Supp. 1151; 122 App. Div. 904, 106 N. Y. Supp. 1150; 128 App. Div. 883, 112 N. Y. Supp. 1150.

WILLIAMS, J., dissents. SPRING, J., not sitting.

———

YOCHELSON et al., Appellants, v. DOUGLAS MANOR CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Myron S. Yochelson and another against the Douglas Manor Company. No opinion. Judgment affirmed, with costs.

———

YUZWICZKI, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by Mary Yuzwiczki, as administratrix of the estate of John Yuzwiczki, deceased, against the Solvay Process Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., who dissents upon the ground that the making and keeping safe the working place of the plaintiff's intestate and his fellow workmen was a part of their work, and any want of care in that respect, even by the foreman, resulting in injury to the workman, does not constitute actionable negligence against the employer under the rules of the common law.

———

ZICHERMAN, Respondent, v. THE FRANK BREWERY, Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by Bernat Zicherman against The Frank Brewery. T. F. Murtha, for appellant. H. H. Maas, for respondent. No opinion. Judgment and order affirmed, wtih costs. Order filed.

———

ZWECKER et al. v. LEVINE et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Clara Zwecker and others against Sarah Levine and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 124 N. Y. Supp. 1135.

———

JENNER, Respondent, v. SHOPE, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Annie Jenner, as administratrix of the estate of William J. Jenner, deceased, against Julian B. Shope. G. D. B. Hasbrouck, for appellant. H. Hasbrouck, for respondent.

PER CURIAM. Determination of Appellate Term and judgment of the Municipal Court reversed, and new trial ordered, with costs to appellant to abide event, on the dissenting opinion of Bijur, J. (67 Misc. Rep. 159, 121 N. Y. Supp. 599), at the Appellate Term. Order filed. See, also, 139 App. Div. 933, 124 N. Y. Supp. 1118.

———

JOHNSTON v. GARVEY. (Supreme Court, Appellate Division, First Department. May, 1910.) Action by Edward W. S. Johnston against Martin T. Garvey. No opinion. Motion denied, without costs. See memorandum per curiam. See, also, 125 N. Y. Supp. 1125.

———

PEOPLE ex rel. BUFFALO, R. & P. RY. CO., Appellant, v. CARMICHAEL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June, 1910.) Proceeding by the People of the State of New York, on the relation of the Buffalo, Rochester & Pittsburg Railway Company, against Alexander D. Carmichael and others, as Assessors, Supervisor, and Town Clerk of the Town of Pavilion, Genesee County (tax of 1908). No opinion. Order affirmed, with costs, all concurred. For opinion below, see 64 Misc. Rep. 271, 118 N. Y. Supp. 354.

———

STEINMAN v. FORD. (Supreme Court, Appellate Division, First Department. May, 1910.) Action by Benjamin Steinman against Solomon K. Ford. No opinion. Motion denied, with $10 costs. Memorandum per curiam. See, also, 125 N. Y. Supp. 1145.

———

TRAVER, Respondent, v. MURPHY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March, 1910.) Action by Byron Traver against Robert P. Murphy, impleaded with Samuel W. Glover.

PER CURIAM. Judgment and order reversed, and new trial granted; costs to abide the event. Opinion by BURR, J.[1]

WOODWARD, JENKS, and THOMAS, JJ., concur. RICH, J., taking no part.

———

[1] Opinion withheld from publication by direction of the court.